# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__          DISTRICT OF          __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 3:04-CV-0734 (LEK/GJD)

**CAROLE ANTHONY,**
                    Plaintiff,

   -against-

**JO ANNE B. BARNHART, Commissioner**
of Social Security
                    Defendant.

_____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____XX____ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, the Report-Recommendation of the Honorable Gustave J. DiBianco, United States Magistrate Judge for the Northern District of New York, dated January 09, 2007, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated February 22, 2007.

DATE:  February 22, 2007                    *LAWRENCE K. BAERMAN*
                                            CLERK OF THE COURT

                                            *Scott A. Snyder*
                                            **Courtroom Deputy to the**
                                            **Honorable Lawrence E. Kahn**